IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROON ALI, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 17-1537 |
| v. | : | |
| | : | |
| DLG DEVELOPMENT CORP., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 23rd day of October, 2017, it is **ORDERED** that Plaintiff's Motion for Remand (ECF No. 5) is **GRANTED**. This action is **REMANDED** to the Philadelphia County Court of Common Pleas.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: